## Kreider Estate.

Argued January 13, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Richard W. Davis,* with him *Davis, Katz, Buzgon & Davis,* for appellant.

*James R. Whitman,* with him *David J. Brightbill,* and *Lewis, Brubaker, Whitman & Christianson,* for appellees.

*Charles V. Henry, III,* for appellee.

OPINION PER CURIAM, October 12, 1971:
Decree affirmed; costs on appellant.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.